George Edward Ashford, III, Law Office of George E. Ashford, III, Dallas, TX, for Defendant–Appellant.

Before KING, HAYNES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Kendrick Chapple has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Chapple has filed a response requesting an extension of time to respond to various orders to show cause issued by this court, and to investigate his counsel's performance.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Chapple's response. The record is not sufficiently developed to allow us to make a fair evaluation of Chapple's claim of ineffective assistance of counsel; we therefore decline to consider the claim without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir.2014). Chapple's motion for an extension of time is DENIED as unnecessary because counsel has adequately satisfied each order to show cause. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review because the defendant validly agreed to waive appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Antonio Deeric SCOTT, Defendant–
Appellant.**

No. 13–10597
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 17, 2014.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Kevin Joel Page, Laura S. Harper, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Before KING, HAYNES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Antonio Deeric Scott has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Scott has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Scott's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.